# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals With Disabilities Foundation, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Greenfield Plaza, LLC, <br><br> Defendant. | No. CV-16-02361-PHX-DGC <br><br> **ORDER** |

On August 15, 2016, the Court issued orders requiring Plaintiffs to show cause why this case and *Advocates for Individuals with Disabilities, LLC, et al. v. WSA Properties,* LLC, CV16-2375-PHX-DGC ("WSA case") should not be dismissed for lack of standing. *See* Doc. 8. Before Plaintiffs filed their response in the WSA case, the Court informed them that "[s]everal cases with the same plaintiffs are pending before the Court, and the order to show cause is relevant to the Court's *sua sponte* inquiry into standing in those cases." CV16-2375, Doc. 18. Plaintiffs filed a response in the WSA case that is virtually identical to the response in this case. *Compare* Doc. 17 *with* WSA case Doc. 24.

For the reasons set forth at length in the Court's September 28, 2016 order in the WSA case (CV16-2375, Doc. 27), the Court concludes that (a) Plaintiff lacks standing in this case, and (b) this case should be remanded to state court. The Court is aware of the proposed amendment in this case (Doc. 19), but it would not make this case meaningfully

different from the complaint in the WSA case. Indeed, it would simply add the same individual plaintiff who has already appeared in the WSA case, and the same general allegations of standing that the Court has found plainly insufficient in that case.

**IT IS ORDERED** that this action is remanded to Maricopa County Superior Court.

Dated this 29th day of September, 2016.

_____
David G. Campbell
United States District Judge